IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERIC LAWRENCE | : | Civil Action |
| | : | |
| vs. | : | |
| | : | No. 05-5545 |
| COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

And now, this 28th day of February, 2007, without Objection, the Report and Recommendation of Magistrate Judge David Strawbridge is ADOPTED. Plaintiff's Motion for Summary judgment (Doc. No. 9) is DENIED and the Commissioner's Motion for Summary Judgment (Doc. No. 10) is GRANTED. There are no grounds on which to certify an appeal. The case shall be CLOSED for statistical purposes.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                J.